# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Charlynn M. Garcia,                                           Civil No. 09-3585 (RHK/RLE)

           Plaintiff,                                                **ORDER**

Eastern Asset Management, LLC, John Doe,

           Defendants.

---

Based upon the Notice of Voluntary Dismissal Without Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 22, 2010

                                      s/ Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge